This decision was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of non-precedential dispositions. Please also note that this electronic decision may contain computer-generated errors or other deviations from the official paper version filed by the Supreme Court.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MICHAEL NAJIBI,**

Worker-Appellant,

**v.**                                                            **No. 36,208**

**HALLIBURTON ENERGY SERVICE, and**
**ACE AMERICAN INSURANCE CO.,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**David Skinner, Workers' Compensation Judge**

Michael Najibi
Las Cruces, NM

Pro se Appellant

Butt, Thornton & Baeher PC
M. Scott Owen
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**GARCIA, Judge.**

{1}     Worker-Appellant Michael Najibi ("Worker") appeals from the workers'

compensation judge's ("WCJ") amended compensation order dismissing his complaint with prejudice. We previously issued a notice of proposed summary disposition in which we proposed to dismiss. Worker has filed a memorandum in opposition. After due consideration, we remain unpersuaded.

{2}    As we previously observed, the filing of a timely notice of appeal is a mandatory precondition to this Court's jurisdiction. *In re Yalkut*, 2008-NMSC-009, ¶ 24, 143 N.M. 387, 176 P.3d 1119 (per curiam). In this case, Worker filed his notice of appeal nearly three months late. We therefore proposed to dismiss. *See, e.g., Chavez v. U-Haul Co. of N.M.*, 1997-NMSC-051, ¶¶ 19-22, 124 N.M. 165, 947 P.2d 122 (declining to hear an appeal filed thirty days late).

{3}    In his memorandum in opposition Worker offers neither any basis for extending the filing deadline, nor any justification for the delay. [MIO 1-4] Instead, we understand Worker to invite the Court to consider the merits of the appeal notwithstanding the untimely filing. [Id.] We decline.

{4}    Accordingly, for the reasons stated above and in the notice of proposed summary disposition, we dismiss.

{5}    **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**HENRY M. BOHNHOFF, Judge**